UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 2:18-cv-00266 |
| | : | |
| HOMESITE REMODELING, INC., MIKE Mc KENZIE (individually), JIM BROWN (individually), | : : | |
| | : | |
| Defendant. | : | |

## STIPULATION TO DISMISS THE FEDERAL COMPLAINT WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiff JANE DOE and Defendants HOMESITE REMODELING, INC., MIKE McKENZIE, JIM BROWN (collectively "Defendants" and collectively with Plaintiff "Parties"), by and through their respective counsel that the herein action is dismissed without prejudice, with leave to refile Plaintiff's claims in State Court within thirty days of this Order being signed by the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED by the Parties that Defendants agree to accept service through their attorneys by email.

**DEREK SMITH LAW GROUP, PLLC**

By: ___/s/_____
Caroline H. Miller
1845 Walnut Street, Suite 1601
Philadelphia, PA 19103
Phone: (215) 391-4790
Attorneys for Plaintiff Jane Doe

1

**LAW OFFICES OF ARTHUR HEALEY**

By: ___/s/_____
Arthur T. Healey (admitted *pro hac vice*)
97 Long Pond Road
Lakeville, CT 06039
Phone: (240) 274-5505
Attorneys for Defendants Homesite Remodeling, Inc.
And James Brown

**LAW OFFICES OF BRUCE SHAW, P.C.**

By: ___/s/_____
Sharon A.I. Brass, Esq.
2753 Terwood Road
Willow Grove, PA 19090
Phone: (215) 380-4955
Attorneys for Defendant Mike McKenzie


Date: July 30, 2018
 Philadelphia, Pennsylvania



SO ORDERED: July 31, 2018

___Joel Slomsky_____
United States District Judge

2